```
JOHN F. LENDERMAN   #82269
Attorney at Law
303 South 8th Street
Post Office Box 2540
El Centro, California  92244-2540
Telephone: (760) 353-7949
```

Attorney for Debtor/Cross-Claimant

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 08-07659-T7 |
| SAMUEL E. SINGH | Adversary Proceeding No.: 08-90513 |
| Debtor | CROSS CLAIM TO DETERMINE NONDISCHARGEABILITY OF DEBT |
| SAMUEL E. SINGH | |
| Cross-Claimant | |
| v. | |
| MARCUS FAMILY LAW CENTER, PLC. AND ETHAN MARCUS | |
| Cross-Defendants | |

Cross-Claimant, Debtor, SAMUEL E. SINGH, (SINGH) brings this action against the above-named Cross-Defendants, MARCUS FAMILY LAW CENTER, PLC, (MFLC) and ETHAN MARCUS (MARCUS) as follows:

1. This is an action under the Truth in Lending Act, 15 USC section 1601, et. seq.

2. This Court has jurisdiction under 15 USC 1640 and 28 USC sections 1331 and 1337.

3. Venue in this Court is proper as all events in question took place here.

4. Cross-Claimant is an individual who resides at, 636 Costa Azul Street, Imperial, California.

5. MFLC and MARCUS operate a law office located at 732 State Street, El Centro, California.

6. MFLC and MARCUS at their insistence prepared an attorney retainer contract, attached as Exhibit A, to the adversarial proceeding filed by Cross-Defendants, which is incorporated by this reference.

7. Cross-Claimant was induced to sign the contract as a condition of retention for legal services.

8. Exhibit A provides for payment of interest at the rate of 1.5% per month.

9. Cross-Defendants did not furnish Cross-Claimant with any of the disclosures required by the Truth in Lending Act 15 USC section 1601 et. Seq., in connection with this transaction.

10. The purpose of Exhibit A is to bind Cross-Claimant into a binding contract without giving disclosure of the financing terms required by the Truth in Lending Act.

WHEREFORE, Cross-Claimant prays for the following relief:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses, and costs, and;

    c. For such and further relief as the Court deems just and proper.

December 17, 2008

/s/ John F. Lenderman
JOHN F. LENDERMAN
Attorney for Debtor/Cross-Claimant

In Re: SAMUEL E. SINGH                      CASE NO. 08-07659-T7

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **December 17, 2008**, I served a true copy of the **CROSS CLAIM TO DETERMINE NONDISCHARGEABILITY OF DEBT**, by sealing and depositing in the United States mail at El Centro, California and with postage fully prepaid on envelope, containing the above-described copy, on:

GREGORY A. AKERS
Chapter 7 Trustee
P. O. Box 26219
San Diego, CA 92196

US TRUSTEE
402 West Broadway, Suite 600
San Diego, CA 92101-8511

ETHAN MARCUS
MARCUS FAMILY LAW CENTER, PLC.
732 State Street
El Centro, CA 92243

I certify under penalty of perjury, under the law of the State of California, that the foregoing statement is true and correct.

Executed on December 17, 2008

/s/ Lynn Mavila
LYNN MAVILA
303 South 8th Street
El Centro, CA 92243

Page 1