```
 1  JOHN F. LENDERMAN   #82269
    Attorney at Law
 2  303 South 8th Street
    Post Office Box 2540
 3  El Centro, California  92244-2540
    Telephone: (760) 353-7949
 4

 5  Attorney for SAMUEL E. SINGH

 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10  In Re:                         )  CASE NO.: 08-07659-T7
                                   )
11  SAMUEL E. SINGH                )  TRIAL BRIEF OF
                                   )  DEFENDANT, SAMUEL E. SINGH
12          Debtor                 )
                                   )
13  _____)
                                   )  ADVERSARY NO.: 08-90513
14  MARCUS FAMILY LAW CENTER, PLC  )
                                   )
15          Plaintiff,             )
                                   )
16  -vs-                           )
                                   )
17  SAMUEL E. SINGH,               )
                                   )
18          Defendant.             )
                                   )
19  _____)
                                   )
20  SAMUEL E. SINGH                )
                                   )
21          Cross-Claimant,        )
                                   )
22  -vs-                           )
                                   )
23                                 )
    MARCUS FAMILY LAW CENTER, PLC  )
24  AND ETHAN MARCUS               )
                                   )
25          Cross-Defendant        )
                                   )
26  _____)

27  / / /

28                          1
```

1. Defendant's Proposed Witnesses

   a. Samuel Singh. That he retained the Marcus firm, MFLC, and that he signed a one-page retainer agreement. No other signed documents were provided to him at the time of retention nor was there any proof of service of any of those documents. He will testify that he did incur legal fees and that he paid many and wanted the matter to stop as he had no more money. When there was an inquiry about settlement he was advised to file a bankruptcy which he did.

2. Copies of Trial Exhibits

   A    Retainer agreement of 1 page signed by debtor-defendant

   B    Plaintiff's billing statements. Defendant suggests a recap of all by date in lieu of the numerous documents.

3. Stipulated Facts

   That defendant signed a retainer agreement with MFLC, a one-page document with his signature only on that page.

   That defendant incurred various billing statements during representation by MFLC as evidenced in Exhibit B.

4. Trial Brief

   The specific issue of fact is proof regarding the 523(a)(2) allegation or how services were obtained by a false pretense, false representation or actual fraud. The next issue is whether or not debtor intentionally attempted to defraud this creditor under 727(a)(2)(5). Defendant submits that plaintiff has not met his burden of proof regarding this fact which is crucial to

2

proving his case and causes of action. In discovery plaintiff did not even list a date of any alleged false promise made and the majority of defendant's case will be cross-examination of witnesses. At best plaintiff had a claim on an antecedent debt which is dischargeable. Cross-claimant will submit that plaintiff brought this action to harass him knowing the case is without legal merit and he seeks his attorney fees under 524(d) or per the cross-claim. Defendant reserves the right to amend this statement and will produce his legal argument at the time of hearing. Any prior argument would prejudice his case.

Respectfully submitted,

Dated: October 20, 2009

_____
JOHN F. LENDERMAN
Attorney for SAMUEL E. SINGH

JOHN F. LENDERMAN, 82269
Attorney at Law
303 S. Eighth Street
El Centro, CA 92243
Telephone: (760) 353-7949

## UNITED STATES BANKRUPTCY COURT
### Southern District of California

In re

SAMUEL E. SINGH

**Bankruptcy Case No.**
08-07659-T7

Debtor

**Adversary Proceeding No.**
08-90513

MARCUS FAMILY LAW CENTER, PLC

Plaintiff

v.

SAMUEL E. SINGH

Defendant.

## PROOF OF SERVICE

I, Monica M. Escalera certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of TRIAL BRIEF OF DEFENDANT, SAMUEL E. SINGH was made on October 20, 2009, by:

[ X ]   Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

EDGAR GARCIA
MARCUS FAMILY LAW CENTER, PLC
732 State Street
El Centro, CA 92243

Under penalty of perjury, I declare that the foregoing is true and correct.

October 20, 2009
[Date]

_____
[Signature]