*Order Entered on June 24, 2010 by Clerk U.S. Bankruptcy Court Southern District of California*

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Samuel E. Singh
                                    Debtor.

BANKRUPTCY NO. 08-07659-LT7

Marcus Family Law Center, PLC
                                    Plaintiff(s)

ADVERSARY NO. 08-90513-LT

v.

Samuel E. Singh
                                    Defendants(s)

Date of Hearing: N/A
Time of Hearing:
Name of Judge: Laura S. Taylor

## JUDGMENT DENYING DISCHARGE

IT IS HEREBY ORDERED as set forth on the one continuation page attached, numbered two (2).

DATED: June 23, 2010

Judge, United States Bankruptcy Court

Case 08-90513-LT    Filed 06/23/10    Doc 33    Pg. 2 of 2

Page 2
JUDGMENT DENYING DISCHARGE
DEBTOR: Samuel E. Singh                                              CASE NO.:  08-07659-LT7
Marcus Family Law Center, PLC v. Samuel E. Singh                     ADV. NO.:  08-90513-LT

The complaint of Creditor Marcus Family Law Center, PLC seeking to have its claims against debtor Samuel E. Singh ("Debtor") excepted from discharge under 11 U.S.C. § 523(a)(2)(A); and denying Debtor a discharge in his chapter 7 case under 11 U.S.C. § 727(a)(2), (4), and (5), having been tried before the court, and the court having set forth its findings of fact and conclusions of law in the "Memorandum Decision" entered April 23, 2010 (Dkt. #31), in conformity with such findings and conclusions it is

ORDERED, ADJUDGED AND DECREED that

Debtor Samuel E. Singh is hereby denied discharge in chapter 7 bankruptcy case number 08-07659.

*Signed by Judge Laura Stuart Taylor June 23, 2010*